IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BARBARA M. BUSH<br>    Plaintiff | * | |
| v. | * | CIVIL ACTION NO. AMD-07-941 |
| DR. EVANS, et al.<br>    Defendants. | * | |
| | *** | |

MEMORANDUM

On April 9, 2007, Plaintiff Barbara M. Bush, a federal pre-trial detainee from Maryland currently held at the Federal Medical Center-Carswell ("FMC-Carswell") in Fort Worth, Texas, filed this 42 U.S.C. § 1983/*Bevins* action against FMC-Carswell health care professionals and officers for violations of her civil rights. Paper No. 1. Affording the *pro se* complaint a generous construction, it appears that plaintiff is claiming that: (1) evaluations and tests administered to determine her competency were conducted improperly and resulted in false conclusions regarding her mental state; (2) on April 3, 2007, she was denied her dinner meal; (3) on April 3 and 4, 2007, she was not provided her insulin medication to control her diabetes; and (4) she was placed in "the hole" on April 3, 2007, without due process. Paper No. 1. Plaintiff seeks $750,000 in damages.

Assuming, *arguendo*, that plaintiff's allegations state a claim that may be brought in federal court under 28 U.S.C. §§ 1332 & 1343, it is clear that this court lacks venue in this case. Pursuant to 28 U.S.C. § 1391(b), a civil action that is not founded solely only on "diversity of citizenship" may, except as otherwise provided by law, be brought only in (1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated, or (3) a judicial district in which any defendant is subject to personal jurisdiction at the time the action is commenced, if there is no

district in which the action may otherwise be brought. Defendants reside in Texas. Furthermore, all of the events giving rise to plaintiff's claims occurred in Texas. The court therefore finds that venue is not proper in this district. In the interests of justice, this case shall be transferred to the United States District Court for the Northern District of Texas at Fort Worth, pursuant to 28 U.S.C. § 1406(a). An order follows.

Date: April 24, 2007                                     /s/ _____
                                                         Andre M. Davis
                                                         United States District Judge